===================================================================
# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF MARYLAND -------

### APPEARANCE

United States of America

      v.                                                    Case No. 1:26-MJ-45-CJC

Aurelio Luis Perez-Lugones

           *   *   *   *   *   *

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Aurelio Luis Perez-Lugones.

I certify that I am admitted to practice in this Court.


| | |
|---|---|
| January 12, 2026 | /s/ |
| Date | FRANCISO A. CARRIEDO (#816158) |
| | Assistant Federal Public Defender |
| | 100 South Charles Street |
| | Tower II, Ninth floor |
| | Baltimore, Maryland 21201 |
| | (410) 962-3962 (p) |
| | (410) 962-3976 (f) |
| | Email: franciso_carriedo@fd.org |