===================================================================

# *UNITED STATES DISTRICT COURT*
--------------- DISTRICT OF MARYLAND ---------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                                    CASE NUMBER: 1:26-mj-45-CJC

AURELIO LUIS PEREZ-LUGONES

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Aurelio Luis Perez-Lugones.  I certify that I am admitted to practice in this court.

Date:  <u>January 13, 2026</u>

                                                                                               /s/
COURTNEY D. FRANCIK, #812100
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II – 9th Floor
Baltimore, Maryland  21201
(410)  962-3962 (t)
(410)  962-3976 (f)
Email: courtney_francik@fd.org