IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | )   NO. 8:26-mj-00045-CJC |
| | ) |
| AURELIO LUIS PEREZ-LUGONES, | ) |
| | ) |
| Defendant. | ) |
| -------------------------------- | ) |

### ORDER

Upon review of the Motion of the United States of America, the Court will review the ruling of the United States Magistrate Judge to release the Defendant, Aurelio Luis Perez-Lugones, pending trial, and it is this <u>13th</u> day of January, 2026,

ORDERED that a hearing for the appeal of the release ruling be set; and

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

_____
Hon. George L. Russell, III
United States District Court Chief Judge