AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

HD
Rcv'd by: ____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:26-mj-00045-CJC |
| Aurelio Luis Perez-Lugones | ) | ✓ FILED ___ ENTERED |
|  | ) | ___ LOGGED ___ RECEIVED |
|  | ) | 4:02 pm, Jan 14 2026 |
| Defendant | ) | AT BALTIMORE |

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____KMT____ Deputy

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Aurelio Luis Perez-Lugones                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §794(e) Unlawful retention of national defense information


Date: January 9, 2026

_____
*Issuing officer's signature*

City and state:   Baltimore, Maryland

Chelsea J. Crawford, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/09/2026, and the person was arrested on *(date)* 01/09/2026
at *(city and state)* Baltimore, MD.

Date: 01/09/2026

_____
*Arresting officer's signature*

DUSM Kenneth Dunkel
*Printed name and title*