IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No. CJC-26-00045 |
| | * |
| AURELIO PEREZ-LUGONES | * |
| | * |
| Defendant. | * |
| | * |

\*\*\*\*\*\*\*

### ENTRY OF APPEARANCE

Please enter the appearance of Thomas Sullivan, Assistant United States Attorney as counsel for the United States of America in the above-referenced case.

        Respectfully submitted,

        Kelly O. Hayes
        United States Attorney

By:    /s/ Thomas Sullivan
        Thomas Sullivan
        Assistant United States Attorney
        36 South Charles St., 4th Floor
        Baltimore, Maryland 21201
        Tel.: (410) 209-4800

Dated: January 15, 2026.